UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

SEVEN STARS ON THE HUDSON CORP.

Case No.: 20-19106-SMG

Chapter 11

Debtor,
_____/

# EXHIBIT REGISTER

Exhibits Submitted on behalf of:  ☐ Plaintiff  ☐ Defendant  ☐ Debtor  ☒ Other: MDG Powerline Holdings, LLC

Submitted By: Jay M. Sakalo, Esq., Bilzin Sumberg, 1450 Brickell Ave., #2300, Miami, FL 33131 305-375-6156
(name, address, and phone number)

Date of Hearing/Trial: August 27, 2020     Type of Hearing/Trial: Debtor's Emergency Motion to Extend the Automatic Stay

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Voluntary Petition in Case No 19-17544, dated June 5, 2019 | | | |
| 2 | Voluntary Petition in Case No 20-19106, dated August 24, 2020 | | | |
| 3 | Order Dismissing Subchapter V Case, dated August 7, 2020 - filed in Case No 19-17544 | | | |
| 4 | Debtor's Response to Order to Show Cause Why Case Should Not be Dismissed, dated July 10, 2020 – filed in Case No. 19-17544 | | | |
| 5 | Balance Sheet, dated August 25, 2020 – filed in Case No 20-19106 | | | |