# MDG EXHIBIT "1"

RECEIVED
Bilzin Sumberg
*By lflores at 2:26 pm, Aug 15, 2019*
DOCKETED

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)*    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Seven Stars on the Hudson Corp** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Rockin Jump** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3766108** |

| 4. | Debtor's address | **Principal place of business**  **5300 Powerline Road**  **Fort Lauderdale, FL 33309**  Number, Street, City, State & ZIP Code  **Broward**  County | **Mailing address, if different from principal place of business**    P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**    Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | Debtor's website (URL) | **https:rockinjump.com/ftlauderdale/x** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor **Seven Stars on the Hudson Corp**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **7131**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Seven Stars on the Hudson Corp**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Seven Stars on the Hudson Corp**      Case number (*if known*) _____
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 5, 2019**
                MM / DD / YYYY

X **/s/ Jens Berding**           **Jens Berding**
  Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

X **/s/ Sonya Salkin Slott, Esq.**      Date **June 5, 2019**
  Signature of attorney for debtor           MM / DD / YYYY

**Sonya Salkin Slott, Esq. 603910**
Printed name

**The Salkin Law Firm, P.A.**
Firm name

**P.O. Box 15580**
**Fort Lauderdale, FL 33318**
Number, Street, City, State & ZIP Code

Contact phone **954-423-4469**      Email address **sonya@msbankrupt.com**

**603910 FL**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Seven Stars on the Hudson Corp** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Avid** 72 Johnnycake Hill Road Middletown, RI 02842 | | | Unliquidated Disputed | | | $3,250.00 |
| **Brinks** 7373 Solutions Center Chicago, IL 60677 | | | Unliquidated Disputed | | | $16,590.03 |
| **Cintas Corporation** 3050 SW 42nd Street Fort Lauderdale, FL 33312 | | Cleaning supplies | | | | $632.53 |
| **Mainstreet Hub/GoDaddy** 14455 North Hayden Road, Suite 100 Scottsdale, AZ 85260 | | | | | | $3,100.00 |
| **Rockin Jump Corporation** 86 N. University Ave. Ste 350 Provo, UT 84601 | | Royalties, Insurance, National Marketing Fund | Unliquidated Disputed | | | $37,564.06 |
| **Sky Zone, LLC** 1201 W 5th Street T-900 Los Angeles, CA 90017 | | | | | | $937.87 |
| **Sound Communication** 149 W. 36th Street New York, NY 10018 | | Marketing | | | | $5,300.00 |
| **Staples** PO Box 790322 Saint Louis, MO 63179 | | Socks | | | | $3,253.11 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

| Debtor | **Seven Stars on the Hudson Corp** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sweet Amanda, LLC**<br>**200 South Service Road Ste 211**<br>**Roslyn Heights, NY 11577** | | **Vending Machine** | | | | $1,443.25 |
| **Wells Fargo**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | | | **Unliquidated Disputed** | $1,270,107.66 | $618,000.00 | $652,107.66 |
| **Wells Fargo**<br>**PO Box 29482**<br>**Phoenix, AZ 85038** | | **Credit Card** | **Unliquidated Disputed** | | | $20,066.93 |

Avid
72 Johnnycake Hill Road
Middletown, RI 02842

Brinks
7373 Solutions Center
Chicago, IL 60677

Brinks
1801 Bayberry Court
Richmond, VA 23226

Cintas
800 Cintas Blvd.
Cincinnati, OH 45262

Cintas Corporation
3050 SW 42nd Street
Fort Lauderdale, FL 33312

Mainstreet Hub/GoDaddy
14455 North Hayden Road, Suite 100
Scottsdale, AZ 85260

MDG Powerline Holdings, LLC
c/o David Reimer, Registered Agent
18001 Collins Ave. 31st Floor
Sunny Isles Beach, FL 33160

Rockin Jump Corporation
86 N. University Ave. Ste 350
Provo, UT 84601

Scent Air
3810 Shutterfly Rd. #900
Charlotte, NC 28217

Sky Zone, LLC
1201 W 5th Street T-900
Los Angeles, CA 90017

Sound Communication
149 W. 36th Street
New York, NY 10018

```
Staples
PO Box 790322
Saint Louis, MO 63179


Sweet Amanda, LLC
200 South Service Road Ste 211
Roslyn Heights, NY 11577


Wells Fargo
PO Box 10335
Des Moines, IA 50306


Wells Fargo
PO Box 29482
Phoenix, AZ 85038


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo
Kelley, Fulton & Kaplan
1665 Palm Beach Lakes Blvd. Suite 1000
West Palm Beach, FL 33401


Wells Fargo
PO Box 340214
Sacramento, CA 95834


Wells Fargo
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd. Suite 1000
West Palm Beach, FL 33401


XBK Management, LLC
Simply Legal LLP Attn Kristina Wilson
1200 Brickell Avenue Ste 850
Miami, FL 33131
```