# MDG EXHIBIT "5"

## BALANCE SHEET

|  | Jul 8, 20 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Bank of America 4261 (5 Stars) | 5.03 |
|       Cash on Hand | 7,868.00 |
|       Petty Cash | 1,535.60 |
|       Wells Fargo Operating - 4006 | 27,183.44 |
|       Wells Fargo Operating - 8540 | 150.00 |
|       Wells Fargo Savings - 9869 | 0.43 |
|     **Total Checking/Savings** | 36,742.50 |
|     **Other Current Assets** | |
|       Inventory | 3,850.00 |
|       Loans to Jens and Eddy | 188,977.91 |
|     **Total Other Current Assets** | 192,827.91 |
|   **Total Current Assets** | 229,570.41 |
|   **Fixed Assets** | |
|     Accumulated Amortization | -5,555.56 |
|     Accumulated Depreciation | -661,294.36 |
|     **Equipment** | |
|       Computer Equipment | 1,122.54 |
|       Furniture and Equipment | 22,040.00 |
|       Trampoline Equipment | 514,033.85 |
|       Equipment - Other | 66,544.44 |
|     **Total Equipment** | 603,740.83 |
|     Franchise Fee | 47,500.00 |
|     Leasehold Improvements | 876,742.13 |
|     Signage | 73,751.34 |
|   **Total Fixed Assets** | 934,884.38 |
|   **Other Assets** | |
|     Deposits | 2,000.00 |
|     Lease Deposit | 113,333.34 |
|     Pre-Paid Rent | 37,558.00 |
|   **Total Other Assets** | 152,891.34 |
| **TOTAL ASSETS** | 1,317,346.13 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Credit Cards** | |
|         Wells Fargo Visa - 8813 | 22,125.66 |
|       **Total Credit Cards** | 22,125.66 |
|       **Other Current Liabilities** | |
|         County Sales Tax Payable | 321.05 |
|         EIDL Advance | 10,000.00 |

|  |  |
|---|---:|
| Sales Tax Payable | 1,370.52 |
| **Total Other Current Liabilities** | 11,691.57 |
| **Total Current Liabilities** | 33,817.23 |
| **Long Term Liabilities** |  |
| Wells Fargo SBA Loan | 1,173,857.66 |
| **Total Long Term Liabilities** | 1,173,857.66 |
| **Total Liabilities** | 1,207,674.89 |
| **Equity** |  |
| Capital - 401k Trust Account | 601,953.91 |
| Capital - Eddy Manzo-Berding | 47,241.00 |
| Capital - Jens Berding | 23,222.09 |
| Common Stock - 401k Trust Acct | 1,000.00 |
| Retained Earnings | -578,934.02 |
| Net Income | 15,188.26 |
| **Total Equity** | 109,671.24 |
| **TOTAL LIABILITIES & EQUITY** | 1,317,346.13 |

## CASH FLOW STATEMENT

|  | Jan 1 - Jul 8, 20 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 15,188.26 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| County Sales Tax Payable | -561.57 |
| EIDL Advance | 10,000.00 |
| Sales Tax Payable | -3,454.54 |
| **Net cash provided by Operating Activities** | 21,172.15 |
| **INVESTING ACTIVITIES** | |
| Franchise Fee | -7,500.00 |
| **Net cash provided by Investing Activities** | -7,500.00 |
| **FINANCING ACTIVITIES** | |
| Wells Fargo SBA Loan | -21,250.00 |
| **Net cash provided by Financing Activities** | -21,250.00 |
| **Net cash increase for period** | -7,577.85 |
| **Cash at beginning of period** | 44,320.35 |
| **Cash at end of period** | 36,742.50 |

# Seven Stars on the Huds
## Profit & Loss
October 2017

|  | Feb 20 | March 20 | April 20 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Sales** | | | |
| Sales Admissions | 78,523.21 | 29,789.40 | |
| Sales Charge Backs | | | -188.32 |
| Sales Drink Vending and RL | 214.00 | 202.00 | |
| Sales Grip Socks Income | 11,903.96 | 4,578.20 | |
| Sales Groupon Income | 3,149.25 | 3,410.25 | |
| Sales Hurricane and Massage | | | |
| Sales LocBox | | | |
| Sales Refunds | 44.94 | | |
| Sales Yelp | | | |
| **Total Sales** | 93,835.36 | 37,979.85 | -188.32 |
| **Sales Other** | | | |
| **Total Income** | 93,835.36 | 37,979.85 | -188.32 |
| **Cost of Goods Sold** | | | |
| Dodge Balls | | | |
| Purchases Arts and Crafts | | | |
| Purchases Food and Drinks | 3,340.03 | 698.50 | |
| Purchases Glow Items | | 253.92 | |
| Purchases Paper Plates & Cups | 358.34 | 379.83 | |
| Purchases Wristbands | | | |
| Socks | 1,708.97 | 2,676.70 | |
| Special Event T-Shirts | | | |
| **Total COGS** | 5,407.34 | 4,008.95 | 0.00 |
| **Gross Profit** | 88,428.02 | 33,970.90 | -188.32 |
| **Expense** | | | |
| **Advertising, Marketing, & Promo** | | | |
| Air Brush Tattto Marketing Prom | | | |
| Donations/Fundraisers | | | |
| Face Paint Marketing Promo | | | |
| Graphic Artist Marketing | | | |
| Marketing Print Collateral | 34.22 | 43.63 | |
| Marketing Supplies (glow items) | 515.70 | 661.66 | |
| National Advertising Fund | | | |
| Print Advertising Marketing | | | |
| Social Media & TV Marketing | 1,021.29 | 1,246.26 | 672.00 |
| Special Events Marketing Sup | | 137.40 | |
| Sponsorship | | | |
| **Total Advertising, Marketing, & Promo** | 1,571.21 | 2,088.95 | 672.00 |
| **Amortization Expense** | | | |
| **Automobile Expense** | | | |

# SEVEN STARS ON THE HUDSON CORP
## Profit & Loss
### October 2017

| | Feb 20 | March 20 | April 20 |
|---|---:|---:|---:|
| **Fuel** | 28.01 | | |
| **Automobile Expense-Other** | | | |
| **Total Automobile Expense** | 28.01 | 0.00 | 0.00 |
| **Bank Service Charges** | | | |
|   Merchant Fees | 1,370.45 | 1,236.49 | 619.85 |
|   Bank Service Charges - Other | 179.05 | 135.65 | 123.08 |
| **Total Bank Service Charges** | 1,549.50 | 1,372.14 | 742.93 |
| **Business Tax** | | | |
| **Cash Over/Short** | 612.61 | -38.13 | |
| **Computer and Internet Expenses** | | | |
| **County Sales Tax for Rent** | 315.47 | 316.06 | |
| **Depreciation Expense** | | | |
| **Dues & Subscriptions** | 1,056.50 | 980.18 | 138.72 |
| **Employee Incentives** | | | |
| **Equipment Rental Expense** | | | |
| **Filing Fee** | | | |
| **Franchise Fee (Royalty)** | | | |
| **Insurance Expense** | | | |
|   Liability Insurance | 5,252.34 | 5,252.34 | |
|   Life Insurance | | | |
|   Insurance Expense - Other | | | |
| **Total Insurance Expense** | 5,252.34 | 5,252.34 | 0.00 |
| **Interest Expense** | | | |
| **Licenses & Permits** | | | |
| **Meals and Entertainment** | 19.22 | | |
| **Miscellaneous** | | | |
| **Office Expenses** | 57.02 | | |
| **Outside Services** | 763.98 | | |
| **Payroll Exp-Leased Employees** | 17,472.25 | 17,707.06 | 4,037.62 |
| **Payroll Processing Fees** | | | |
| **Payroll Taxes** | | | |
| **Postage & Delivery** | | | |
| **Printing Expense** | | | |
| **Professional Fees** | | | |
|   Accounting | | 150.00 | |
|   Bookkeeping | 376.83 | 385.91 | 169.99 |
|   Financial Services | | | |
|   Legal Fees | | | 50.00 |
|   Management Fees | | | |
|   Payroll Processing Fees | 542.68 | 728.32 | 33.75 |
|   Professional Fees - Other | | | |
| **Total Professional Fees** | 919.51 | 1,264.23 | 253.74 |
| **Property Tax** | | | |
| **Rebranding Costs** | | | |
| **Rent Expense** | 31,546.81 | 31,606.06 | |

# SEVEN STARS ON THE HUDSON CORP
## Profit & Loss
### October 2017

|  | Feb 20 | March 20 | April 20 |
|---|---:|---:|---:|
| **Repairs and Maintenance** | | | |
|   R&M Building | 697.39 | -43.99 | |
|   R&M Computer | | | |
|   R&M Park Maintenance | 635.99 | 24.08 | 202.68 |
|   R&M Trampoline & Equipment | 129.52 | 272.66 | |
|   Repairs and Maintenance - Other | | | |
| **Total Repairs and Maintenance** | 1,462.90 | 252.75 | 202.68 |
| **Sales Tax** | | | |
|   Sales Tax for Rent | 1,798.17 | 1,738.33 | |
| **Security** | | | |
| **Supplies** | | | |
|   Consumable Supplies | 182.82 | | |
|   Janitorial Supplies | 339.22 | 553.39 | |
|   Office Supplies | 67.83 | 109.57 | |
|   Other Supplies | | 94.51 | 68.41 |
|   Supplies - Other | | | |
| **Total Supplies** | 589.87 | 757.47 | 68.41 |
| **Telephone Expense** | 325.14 | 325.14 | |
| **Travel Expense** | | | |
| **Uniforms** | | 54.87 | |
| **Utilities** | 1,894.79 | 1,585.84 | |
| **Workers Comp** | 212.56 | 214.55 | |
| **Total Expense** | 67,447.86 | 65,477.84 | 6,116.10 |
| **Net Ordinary Income** | 20,980.16 | -31,506.94 | -6,304.42 |
| **Other Income/Expense** | | | |
|   Other Income | | | |
|     Interest Income | | | |
|     Other Income | 30.00 | 30.00 | |
|     Rewards Income | | | |
|   Total Other Income | 30.00 | 30.00 | 0.00 |
|   Other Expense | | | |
|     Ask My Accountant | | | |
|   Total Other Expense | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 30.00 | 30.00 | 0.00 |
| **Net Income** | 21,010.16 | -31,476.94 | -6,304.42 |

|  | Feb 20 | March 20 | April 20 |
|---|---:|---:|---:|
| **Head Counts** | 4802 | 1769 | 0 |

|  | Feb 20 | March 20 | April 20 |
|---|---:|---:|---:|
| Y to Y Sales | $ 18,775.88 | $ (72,738.30) | $ (77,485.79) |
| Y to Y Sales % | 25.01% | -65.70% | -100.24% |
| Y to Y Expenses | $ (17,485.29) | $ (4,614.08) | $ (79,372.91) |
| Y to Y Expenses % | -20.59% | -6.58% | -92.85% |

## SEVEN STARS ON THE HUDSON CORP
## Profit & Loss
### October 2017

|                                    | Feb 20      | March 20       | April 20      |
|------------------------------------|-------------|----------------|---------------|
| **Y to Y Net Income**              | $ 39,602.52 | $ (66,996.19)  | $ 9,611.71    |
| **Y to Y Net Income %**            | -213.00%    | -188.62%       | -60.39%       |
| **Y to Y Head Count**              | 821         | -2424          | -4276         |
| **Y to Y Head Count %**            | 20.62%      | -57.81%        | -100.00%      |
| **Head Count Monthly Average**     | 166         | 104            | 0             |
| **Payroll/Sales Ratio only Wages** | 18.62%      | 46.62%         | -2144.02%     |
| **Payroll/Sales Ratio all Payroll**| 18.85%      | 47.19%         | -2144.02%     |
| **EBITDA**                         | $ 21,010.16 | $ (31,476.94)  | $ (6,304.42)  |

ade in Jan        Park closed on 3-18-20 to 6-2-:
, Corp Ins & NAF

No Payment made in Feb
for Jan Royalry, Corp Ins & NAF

# Seven Stars on the Huds
## Profit & Loss
October 2017

|  | May 20 | June 20 | July 20 | Aug 20 |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
|   **Income** | | | | |
|     **Sales** | | | | |
|       Sales Admissions | | 22,929.39 | 26,065.97 | |
|       Sales Charge Backs | | | | |
|       Sales Drink Vending and RL | | | | |
|       Sales Grip Socks Income | | 4,218.38 | 5,093.98 | |
|       Sales Groupon Income | | 232.54 | 790.33 | |
|       Sales Hurricane and Massage | | | | |
|       Sales LocBox | | | | |
|       Sales Refunds | | -600.00 | -239.31 | |
|       Sales Yelp | | | | |
|     **Total Sales** | 0.00 | 26,780.31 | 31,710.97 | 0.00 |
|     Sales Other | | | | |
|   **Total Income** | 0.00 | 26,780.31 | 31,710.97 | 0.00 |
|   **Cost of Goods Sold** | | | | |
|     Dodge Balls | | | | |
|     Purchases Arts and Crafts | | | | |
|     Purchases Food and Drinks | | 90.09 | 72.27 | |
|     Purchases Glow Items | | | | |
|     Purchases Paper Plates & Cups | | | | |
|     Purchases Wristbands | | | | |
|     Socks | | | 979.80 | |
|     Special Event T-Shirts | | | | |
|   **Total COGS** | 0.00 | 90.09 | 1,052.07 | 0.00 |
| **Gross Profit** | 0.00 | 26,690.22 | 30,658.90 | 0.00 |
|   **Expense** | | | | |
|     **Advertising, Marketing, & Promo** | | | | |
|       Air Brush Tattto Marketing Prom | | | | |
|       Donations/Fundraisers | | | | |
|       Face Paint Marketing Promo | | | | |
|       Graphic Artist Marketing | | | | |
|       Marketing Print Collateral | | | | |
|       Marketing Supplies (glow Items) | | 425.29 | 146.12 | |
|       National Advertising Fund | | | | |
|       Print Advertising Marketing | | | | |
|       Social Media & TV Marketing | 599.00 | -93.00 | 712.00 | |
|       Special Events Marketing Sup | | | | |
|       Sponsorship | | | | |
|     **Total Advertising, Marketing, & Promo** | 599.00 | 332.29 | 858.12 | 0.00 |
|     Amortization Expense | | | | |
|     Automobile Expense | | | | |

# SEVEN STARS ON THE HUDSON CORP
## Profit & Loss
### October 2017

| | May 20 | June 20 | July 20 | Aug 20 |
|---|---:|---:|---:|---:|
| **Fuel** | | | | |
| **Automobile Expense-Other** | | | | |
| **Total Automobile Expense** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Bank Service Charges** | | | | |
|   Merchant Fees | 68.19 | 89.94 | 396.42 | |
|   Bank Service Charges - Other | 87.33 | 54.16 | 112.95 | |
| **Total Bank Service Charges** | 155.52 | 144.10 | 509.37 | 0.00 |
| **Business Tax** | | | | |
| **Cash Over/Short** | | 218.27 | 160.56 | |
| **Computer and Internet Expenses** | | | | |
| **County Sales Tax for Rent** | | | | |
| **Depreciation Expense** | | | | |
| **Dues & Subscriptions** | -14.47 | 48.59 | 40.19 | |
| **Employee Incentives** | | | | |
| **Equipment Rental Expense** | | | | |
| **Filing Fee** | | | 1,950.00 | |
| **Franchise Fee (Royalty)** | | | | |
| **Insurance Expense** | | | | |
|   Liability Insurance | | | 2,446.50 | |
|   Life Insurance | | 281.00 | | |
|   Insurance Expense - Other | | | | |
| **Total Insurance Expense** | 0.00 | 281.00 | 2,446.50 | 0.00 |
| **Interest Expense** | | | | |
| **Licenses & Permits** | | | | |
| **Meals and Entertainment** | | 26.01 | | |
| **Miscellaneous** | | | | |
| **Office Expenses** | | | | |
| **Outside Services** | | | | |
| **Payroll Exp-Leased Employees** | 4,037.63 | 5,375.68 | 6,448.32 | |
| **Payroll Processing Fees** | | | | |
| **Payroll Taxes** | | | | |
| **Postage & Delivery** | | 636.23 | | |
| **Printing Expense** | | | | |
| **Professional Fees** | | | | |
|   Accounting | | | | |
|   Bookkeeping | | 212.53 | 361.88 | |
|   Financial Services | | | | |
|   Legal Fees | 100.00 | | 50.00 | |
|   Management Fees | | | | |
|   Payroll Processing Fees | 33.75 | 167.86 | 178.92 | |
|   Professional Fees - Other | | | | |
| **Total Professional Fees** | 133.75 | 380.39 | 590.80 | 0.00 |
| **Property Tax** | | | | |
| **Rebranding Costs** | 1,000.00 | | 749.00 | |
| **Rent Expense** | | | | |

# SEVEN STARS ON THE HUDSON CORP
## Profit & Loss
### October 2017

| | May 20 | June 20 | July 20 | Aug 20 |
|---|---:|---:|---:|---:|
| **Repairs and Maintenance** | | | | |
|   R&M Building | | | | |
|   R&M Computer | | | | |
|   R&M Park Maintenance | 175.00 | 240.06 | 4.25 | |
|   R&M Trampoline & Equipment | | | | |
|   Repairs and Maintenance - Other | | | | |
| **Total Repairs and Maintenance** | 175.00 | 240.06 | 4.25 | 0.00 |
| Sales Tax | | | | |
| Sales Tax for Rent | | | | |
| Security | | | | |
| **Supplies** | | | | |
|   Consumable Supplies | | 361.59 | 276.07 | |
|   Janitorial Supplies | | 397.92 | 452.43 | |
|   Office Supplies | | 100.12 | | |
|   Other Supplies | | | | |
|   Supplies - Other | | | | |
| **Total Supplies** | 0.00 | 859.63 | 728.50 | 0.00 |
| Telephone Expense | -62.61 | | 420.99 | |
| Travel Expense | | | | |
| Uniforms | | | | |
| Utilities | 1,590.00 | 462.63 | 581.77 | |
| Workers Comp | | 61.22 | 62.15 | |
| **Total Expense** | 7,613.82 | 9,066.10 | 15,550.52 | 0.00 |
| **Net Ordinary Income** | -7,613.82 | 17,624.12 | 15,108.38 | 0.00 |
| **Other Income/Expense** | | | | |
|   **Other Income** | | | | |
|     Interest Income | | | | |
|     Other Income | | | 30.00 | |
|     Rewards Income | | | | |
|   **Total Other Income** | 0.00 | 0.00 | 30.00 | 0.00 |
|   **Other Expense** | | | | |
|     Ask My Accountant | | | | |
|   **Total Other Expense** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 30.00 | 0.00 |
| **Net Income** | -7,613.82 | 17,624.12 | 15,138.38 | 0.00 |

| Head Counts | 0 | 1640 | 1969 | |
|---|---:|---:|---:|---:|

| | May 20 | June 20 | July 20 | Aug 20 |
|---|---:|---:|---:|---:|
| Y to Y Sales | $ (75,191.98) | $ (87,465.96) | $ (82,669.85) | |
| Y to Y Sales % | -100.00% | -76.56% | -72.28% | |
| Y to Y Expenses | $ (78,636.00) | $ (59,082.98) | $ (59,946.34) | |
| Y to Y Expenses % | -91.17% | -86.70% | -79.40% | |

# Profit & Loss
## October 2017

|  | May 20 | June 20 | July 20 | Aug 20 |
|---|---|---|---|---|
| Y to Y Net Income | $ 9,920.63 | $ (23,370.74) | $ (12,511.83) | |
| Y to Y Net Income % | -56.58% | -57.01% | -45.25% | |
| Y to Y Head Count | -3751 | -3037 | -4655 | |
| Y to Y Head Count % | -100.00% | -64.93% | -70.27% | |
| Head Count Monthly Average | 0 | 61 | 64 | |
| Payroll/Sales Ratio only Wages | #DIV/0! | 20.07% | 20.33% | |
| Payroll/Sales Ratio all Payroll | #DIV/0! | 20.30% | 20.53% | |
| EBITDA | $ (7,613.82) | $ 17,624.12 | $ 15,138.38 | |

20 due to COVID 19

Park reopened on 6-3-20
with reduced customer numbers