**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

SEVEN STARS ON THE HUDSON CORP.

       Debtor,

_____/

Case No.: 20-19106-SMG

Chapter 11

**SUPPLEMENTAL EXHIBIT REGISTER**

Exhibits Submitted on behalf of: ☐ Plaintiff ☐ Defendant ☐ Debtor ☒ Other: MDG Powerline Holdings, LLC

Submitted By: Jay M. Sakalo, Esq., Bilzin Sumberg, 1450 Brickell Ave., #2300, Miami, FL 33131 305-375-6156
(name, address, and phone number)

Date of Hearing/Trial: August 27, 2020     Type of Hearing/Trial: Debtor's Emergency Motion to Extend the Automatic Stay

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 6 | Declaration in Support of Objection to Debtor's Emergency Motion Extend the Automatic Stay | | | |

MIAMI 7208163.3 84482/88966

Page | 1

LF-49 (rev. 05/20/2020)