# MDG EXHIBIT "6"

UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SEVEN STARS ON THE HUDSON CORP.

Case No.: 20-19106-SMG

Chapter 11

Debtor,
_____/

**DECLARATION IN SUPPORT OF OBJECTION TO DEBTOR'S EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY**

I, Nila Pastor, declare as follows:

1. I am a Senior Property Manager for MDG Powerline Holdings, LLC ("MDG").

2. I provide this Declaration in support of MDG's Objection To Debtor's Emergency Motion To Extend The Automatic Stay (the "Motion to Extend"). If called as a witness, I could and would testify to the facts below.

3. Seven Stars on the Hudson, LLC ("Debtor") is a commercial tenant of MDG.

4. Debtor is presently in monetary default of its rental obligations under the Lease.

5. Specifically, as of August 12, 2002, Debtor is in arrears of at least $253,787.99, including rental payments, late charges, sales tax and legal fees.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed pursuant to 28 U.S.C. § 1746(2) on August  26 , 2020.

_____
Nila Pastor

MIAMI 7209116.1 84482/88966

1

STATE OF __Florida__        )
                            ) ss:
COUNTY OF __Miami Dade__    )

The foregoing instrument was sworn before me by means of ☒ physical presence or ☐ online notarization, this __26__ day of __August__, 2020, by __Nila Pastor__ who is personally known to me ~~or who produced~~ ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ ~~as identification~~.

Witness my Hand and Official Seal this __26__ day of __August__, 2020.

[Notary Seal: LAWRENCE E PECAN, Notary Public-State of Florida, Commission # GG 343944, My Commission Expires June 11, 2023]

By Notary Public
State of __Florida__ _[signature]_
_____
Typed Name of Notary:  Lawrence Pecan
My Commission Expires:  June 11, 2023

MIAMI 7209116.1 84482/88966

2