UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

Case No.: 20-19106-SMG

SEVEN STARS ON THE HUDSON CORP.

Chapter 11

Debtor,

_____/

## SECOND SUPPLEMENTAL EXHIBIT REGISTER

Exhibits Submitted on behalf of:   ☐ Plaintiff   ☐ Defendant   ☐ Debtor   ☒ Other:   MDG Powerline Holdings, LLC

Submitted By: Jay M. Sakalo, Esq., Bilzin Sumberg, 1450 Brickell Ave., #2300, Miami, FL 33131 305-375-6156

(name, address, and phone number)

Date of Hearing/Trial: August 27, 2020    Type of Hearing/Trial: Debtor's Emergency Motion to Extend the Automatic Stay

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 7[1] | Order Dismissing Subchapter V Case, dated August 7, 2020 - filed in Case No 19-17544 | | | |

---

[1] This Exhibit 7 replaces Exhibit 3 in MDG's original exhibit register [ECF No. 15], which inadvertently included a partially highlighted of such Exhibit.

MIAMI 7208163.4 84482/88966

Page | 1

LF-49 (rev. 05/20/2020)