UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:  Case No.   20-19106-SMG
          Chapter 11

SEVEN STARS ON THE HUDSON CORP.,

    Debtor
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff    [ ] Defendant    [ x ] Debtor    [ ] Other

Date of Hearing/Trial:  August 27, 2020

Type of Hearing/Trial:  Motion to Extend Automatic Stay

SUBMITTED BY:   Seven Stars on the Hudson
c/o Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401
(Tel.) 561-478-2500

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | State Court Complaint | | | |

LF-49 (rev. 06/02/08)