

ORDERED in the Southern District of Florida on January 14, 2021.

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-19106-SMG |
| | Chapter 11 |
| SEVEN STARS ON THE HUDSON CORP. | |
| Debtor. | |
| _____/ | |

### ORDER CONTINUING CONFIRMATION HEARING AND CONTINUING HEARING ON MOTION TO ASSUME LEASE

THIS MATTER came before the Court on January 12, 2021, for consideration of the Debtor's Motion to Continue Confirmation Hearing and Extend Time to Cure Lease Amounts Due [ECF #101]. The Court, having considered the motion, the argument of counsel and for the reasons set forth on the record, grants the motion. Accordingly, it is

ORDERED that:

1. The Motion to Continue Confirmation Hearing and Extend Time to Cure Lease Amounts Due is granted without prejudice to the rights of the parties in interest to seek relief from the Court prior to the confirmation hearing.

2. Confirmation of the Debtor's plan [ECF #85] and the Motion to Assume Lease [ECF #92] is continued to March 16, 2021 at 1:30 p.m.  The hearing will be conducted via video conference.

3. Pursuant to Local Rule 3020-1(A), any objections to the confirmation of the plan shall be filed with the Court on or before March 11, 2021 (three business days prior to the confirmation hearing), and a copy must be served on the Debtor, the subchapter V trustee, the United States Trustee, and all creditors and other parties in interest.

4. The deadline to file ballots accepting or rejecting the plan is March 9, 2021 (seven days prior to the Confirmation Hearing) pursuant to Local Rule 3018-1(B).

5. All prospective applicants for compensation, including attorneys, accountants, the subchapter V trustee, and other professionals that pursuant to Local Rule 2016-1(C)(1) the deadline to file fee applications in this case is March 2, 2021 (fourteen days prior to the Confirmation Hearing). Fee applications shall be filed with the Court and a copy shall be served on the subchapter V trustee, the United States Trustee, and all creditors and other parties in interest. Fee applications timely filed shall be considered at the Confirmation Hearing.  Applicants should include an estimate of the fees and costs expected to be incurred from the date on which the fee application is filed through the Confirmation Hearing.

6. Pursuant to Local Rule 3020-1(B), the Debtor shall file the Local Form "Certificate of Subchapter V Debtor on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees" and the Local Form "Confirmation Affidavit for Subchapter V Debtor" (the "<u>Subchapter V Confirmation Affidavit</u>") at least three business days before the Confirmation Hearing. The Subchapter V Confirmation Affidavit shall set forth the facts upon which the Debtor relies to establish that each applicable requirement of 11 U.S.C. §1129(a) and § 1191 is satisfied. The individual executing the Subchapter V Confirmation Affidavit shall be present at the Confirmation Hearing.

7. The Debtor is directed to serve a copy of this Order on the subchapter V trustee, the United States Trustee, all creditors and all other parties in interest, and to file a certificate of service as required by Local Rule 2002-1(F).

**###**

**Submitted by:**

Brian K. McMahon, P.A.
1401 Forum Way, 6th FL
West Palm Beach, FL 33401
Tel (561)478-2500
Fax (561)478-3111

Attorney McMahon shall serve a copy of this order on all interested parties and file a certificate of service.